AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
May 28, 2021
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>STEVEN CHRISTOPHER BACA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.   **4:21-MJ-1205**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  04/01/2021 - 05/25/2021  in the county of  Harris  in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 1702 | Obstruction of correspondence |
| 18 U.S. Code § 1703 | Delay or destruction of mail |
| 18 U.S. Code § 1704 | Keys or locks stolen or reproduced |
| 18 U.S. Code § 1708 | Theft or receipt of stolen mail matter |
| 18 U.S. Code § 1028A | Aggravated identity theft |
| 18 U.S. Code § 1344 | Bank Fraud |
| 18 U.S. Code § 371 | Conspiracy to commit offense |

This criminal complaint is based on these facts:

See attached Affidavit by Postal Inspector Michael D. Ridley in support of this Criminal Complaint.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael D. Ridley, U.S Postal Inspector
*Printed name and title*

Sworn to before me telephonically.

Date:  05/28/2021

City and state:  Houston, TX

Sam S. Sheldon
United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPAINT**

I, Michael D. Ridley, being duly sworn, hereby depose and say:

1. Affiant is a Postal Inspector (PI) with the U.S Postal Inspection Service (USPIS) and have been so employed since September 2003. Affiant is currently assigned to the USPIS Financial Crimes Team, which is tasked with the investigation of complex mail theft crimes, including but not limited to, credit card fraud, money order fraud and identity theft. Affiant has gained experience in conducting such investigations through on the job training and everyday work related investigations. Affiant has personally participated in investigations involving violations of federal law regarding mail theft and criminal groups that result from such unlawful activity. As a Postal Inspector, Affiant is authorized to investigate violations of the United States and to seek forfeiture of property under authority of the United States.

2. Affiant submits this affidavit in support of a Criminal Complaint charging Steven C. **BACA** with violations of Title 18 U.S. Code § 1702 (Obstruction of correspondence), 18 U.S. Code §1703 (Delay or destruction of mail), 18 U.S. Code §1704 (Keys or locks stolen or reproduced), 18 U.S. Code §1708 (Theft or receipt of stolen mail matter), 18 U.S. Code §1028A (Aggravated identity theft), 18 U.S. Code §371 (Conspiracy to commit offense) and 18 U.S. Code § 1344 (Bank Fraud).

3. Because this affidavit is being submitted for the limited purpose of securing a Criminal Complaint, Affiant has not included each and every fact known by the Affiant concerning the ongoing investigation. This affidavit is based upon Affiant's personal knowledge, or from information obtained or provided via records, and interviews of witnesses and other law enforcement agents. Where

statements of others are set forth in this affidavit, they are set forth in substance and in part.

## BACKGROUND AND EVIDENCE OF FRAUD

4. On or about May 24, 2021, the Houston Division of the US Postal Inspection Service (USPIS) received information from Houston Police (HPD) Detective (Det.) Brandon Stephens (Stephens) pertaining to mailtheft at 5510 South Rice Ave, Houston, TX, 77081 within the Southern District of Texas. Det. Stephens informed USPIS that he had identified the mailtheft suspect as Aryan **AMIN** (**AMIN**). Det. Stephens further explained that **AMIN** was observed on video surveillance, breaking into the mailboxes at the apartment complex located 5510 South Rice Ave, and that after he finished breaking into the mailboxes, he used a key to open and recover mail from his mailbox. Based upon the location of the mailbox, and the description of the individual (Mohawk style haircut), the apartment complex manager identified the suspect as **AMIN**, and informed Det. Stephens that he stayed in Apartment 632. Det. Stephens further explained that **AMIN** provided identification to the apartment complex manager in order to receive a key fob to the gate.



**TXDL 16288808 Aryan AMIN**

Det. Stephens checked state records and confirmed that the Texas Driver's license provided for identification purposes, to be false and discovered that the real **AMIN** is a Asian female.

5. On May 25, 2021, Affiant assisted with surveillance in the general vicinity of 5510 South Rice Ave, Apt 632, Houston, TX 77081. Affiant observed **BACA** taking a smoke break. A short time later, **BACA** went to the front office to recover the key fob, where he was arrested by Det. Stephens. Affiant and Det. Stephens interviewed **BACA** in the back of an HPD Marked unit, where he (**BACA**) confirmed his identity to be Steven **BACA**. **BACA** admitted to breaking into the mailboxes at his complex as observed on video surveillance, and that he had only done so because a friend of his had mentioned it to him. **BACA** identified the friend as Sean **MCDERMOTT** (**MCDERMOTT**) and stated that he (**MCDERMOTT**) made counterfeit Postal Arrow keys.

6. Affiant received written consent from **BACA** to search his cellular phone. Affiant discovered a Facebook Messenger exchange between **BACA** and **MCDERMOTT** in which **MCDERMOTT** sent several pictures of Postal Service Arrow Keys, both stock USPS and USPIS pictures of Arrow Keys, as well as pictures of actual Arrow Keys. Affiant also observed a conversation where **BACA** asked **MCDERMOTT** for assistance with cashing a Stimulus check in the amount of $2619. **BACA** denied making counterfeit Arrow Keys and stated he only was in possession of counterfeit Arrow Keys whenever **MCDERMOTT** let him borrow them.

7. Prior to transporting **BACA** to the Harris County Sheriff's Office Joint Processing Center (JPC) **BACA** requested a drink of water as well as his jacket from the apartment. HPD Officer's, Det. Stephens and Affiant escorted **BACA**'s friend to the apartment and made contact with a female inside of the residence. While inside of the apartment, Affiant and HPD Officer's observed a USPS mail tub with mail, in the corner of the living room. Affiant

Page 3

attempted to obtain consent from **BACA** to search the apartment, but since his name was not on the lease for the apartment Det. Stephens obtained a State Search Warrant for the apartment as well as **BACA**'s vehicle. HPD Officer's and Det. Stephen executed the State Search Warrant and recovered several pieces of mail both rifled and unrifled and not addressed to **BACA**, as well as numerous checks, credit/debit cards not made out to **BACA**.

8. On May 27, 2021, Affiant met with Det. Stephens to review the mail and other items recovered from the apartment and the vehicle during the execution of the State Search Warrant. Three counterfeit Arrow Keys were recovered from the vehicle.



**Counterfeit Arrow Keys from Vehicle**

9. A government check (tax return) in the amount of $2619.00 made out to **NV** residing in 12400 block of Whittington Dr, Houston, TX

77077 was recovered from the apartment. The back of the check was signed and endorsed to a **Dustin** and the last name is not legible.





**Recovered NV Government Check - $2619.00**

10. Affiant observed two check books which appear to have been stolen from the US Mail and had checks written from them. Affiant observed a check book for **NC** residing at the 12400 block of Whittington Dr, Houston, TX 77077 within the Southern District of Texas, and noticed that **NC**'s driver's license number and Social Security number written on the front of the check book. Affiant also noticed that check# 1001 was made out to a *Dustin* W. **NEEDHAM** in the amount of $841.74





NC Checkbook recovered from Apartment

This same date, Affiant contacted **NC** telephonically and was informed that **NC** was expecting checks via the US Mail which she never received, and that someone had written a check on her account in the amount of $841.74 and that the check was returned due to insufficient funds. **NC** stated she did not give **BACA** nor anyone else permission to be in possession of her check book and that she was willing to press charges.

11. Affiant also discovered two check books for **RS** residing in the 1700 block of Potomac Drive, Houston, TX 77057 within the Southern District of Texas. Check# 2051 was made out to Jeovanny **MENIA** in the amount of $989.51 and Check# 2076 was made out to an illegible name in the amount of $466 and unknown cents. Affiant attempted to make contact with **RS** but could not reach her.



**RS Checkbook and checks recovered from Apartment**

12. Affiant observed six checks from **PP** made out to **TP** located at the 6800 block of Harwin Dr, Houston, TX 77036 within the Southern District of Texas. Check# 10095 in the amount of $1,900.00, Check# 10096 in the amount of $1,900.00, checks# 10103,

Page 7

10104,10105, 10106 and 10107 made out in the amounts of $2,337.50, $1,900.00, $2,337.50, $1,900.00 and $1,900.00 respectively. This same date, Affiant contacted **PP** and was informed that their checks had been stolen from the mail, and that they had to close their account as someone had generated checks using their account information. **PP** confirmed that the checks mentioned above were legitimate checks they submitted to pay their vendor **TP**. **PP** further stated that one fraudulent check was successfully written on their account and that their bank had already refunded them. At the time of the conversation **PP** was not sure of the amount of the check they were refunded.



**PP Check 10095 recovered from Apartment**

13. Also recovered from the apartment were several paper TX Driver Licenses bearing the likeness of **BACA**, but names other than **BACA**'s. The names include Aryan **AMIN, FL, YA, CB, BK, AR, JN, CC, AO, AS, JO** and **JH**.



**Fake TX DL AMIN used by BACA recovered from apartment**



**BACA's actual TX DL**

14. On May 27, 2021, Affiant returned to the USPIS office to

prepare this complaint and reviewed the Facebook Messenger messages again. Affiant determined that the check discussed in the messenger exchange between **BACA** and **MCDERMOTT** in the amount of $2619.00 is likely the same check as recovered from the **BACA** apartment. Affiant also discovered a messenger exchange between **MCDERMOTT** and **BACA** in which **MCDERMOTT** tells **BACA** he is going to make him a 20 and 56 (April 23, 2021). Based upon Affiants experience investigating financial crimes and mailtheft, Affiant is aware that 20 and 56 are Postal Service Arrow Key Series which work in different parts of Houston. Affiant also discovered a messenger exchange between **BACA** and a *Dustin* **NEEDHAM** in which **NEEDHAM** asked **BACA** if he contacted his (**NEEDHAM'**s) bank yet (May 17, 2021). **BACA** suggested depositing the other stimulus check in **NEEDHAM's** account (May 19, 2021). **NEEDHAM** asked **BACA** if he had cashed the check yesterday (May 21, 2021). Affiant believes this conversation is about the government check in the amount of $2619.00 and is the check recovered from the **BACA** apartment. Affiant further believes that **NEEDHAM** and **MCDERMOTT** are co-conspirators in the mailtheft scheme discovered during this ongoing criminal investigation, but is not sure if these are there real names or stolen identities.

15. Based upon the totality of the foregoing facts and circumstances, Affiant believes that evidence of the violations of Title 18 U.S. Code § 1702 (Obstruction of correspondence), 18 U.S. Code §1703 (Delay or destruction of mail), 18 U.S. Code §1704 (Keys or locks stolen or reproduced), 18 U.S. Code §1708 (Theft or receipt of stolen mail matter), 18 U.S. Code §1028A (Aggravated identity theft), 18 U.S. Code §371 (Conspiracy to commit offense) and 18 U.S. Code § 1344 (Bank Fraud) do exist, and that there is

probable cause for the issuance of an arrest warrant for Steven C. **BACA**.

_____
Michael D. Ridley
United States Postal Inspector

Subscribed and sworn to telephonically in Houston, Texas, on this 28th day of May, 2021, and I do find probable cause.

_____
Sam S. Sheldon
UNITED STATES MAGISTRATE JUDGE
Southern District of Texas

Page 11